Stephen McCRARY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73318.

Missouri Court of Appeals,
Western District.

April 10, 2012.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Mary H. Moore, Jefferson City, MO, for respondent.

Before: LISA WHITE HARDWICK, C.J., and ALOK AHUJA and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Stephen McCrary appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief following his conviction of first-degree robbery. McCrary claims that his attorney provided ineffective assistance by requesting a trial continuance without consulting him; by failing to advise McCrary of his right to testify, and to follow McCrary's wishes as to whether to testify; and by failing to request a lesser-included offense instruction. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

Charles BURGETT, Appellant,

v.

Lester SCOTT, Respondent.

No. WD 73654.

Missouri Court of Appeals,
Western District.

April 10, 2012.

Charles Burgett, Kansas City, MO, Appellant Acting Pro Se.

Roy King, Jr., Kansas City, MO, for respondent.

Before CYNTHIA L. MARTIN, P.J., THOMAS H. NEWTON, and KAREN KING MITCHELL, JJ.

## ORDER

PER CURIAM:

Mr. Charles Burgett appeals from the trial court's judgment denying a claim for return of a security deposit.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).